# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

147368(15)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RICHARD CONRAD WITBRODT,
        Defendant-Appellant.

SC: 147368
COA: 314944
Bay CC: 98-001264-FH;
98-001265-FH

_____/

On order of the Court, the motion for reconsideration of this Court's November 25, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

p0224